DEFENDANT :       1.  LESLIE RENEE HEE

YEAR OF BIRTH:    1972

ADDRESS:    Denver, Colorado

COMPLAINT FILED?   _____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? _____ YES  _____ NO

OFFENSE:   Count 1:  Conspiracy to Distribute, Dispense and Possess with Intent to Distribute and Dispense Controlled Substances under 21 United States Code, Section 841(a)(1) and (b)(1)(C)

Counts 2, 4, 5, 7, 8, 9, 10, 12, 13, 15, 17, 18, 19, 20, 22, 24, 26, 28, 29, 34: Distribution or Possession with Intent to Distribute and Dispense Schedule I or II Controlled Substances under 21 United States Code, Section 841(a)(1) and (b)(1)(C), and or Aiding and Abetting the Same pursuant to 18 United States Code, Section 2

Counts 3, 6, 11, 14, 16, 21, 23: Distribution of Controlled Substances Within 1000 feet of a School Zone

Count 32: Unlawful Possession of a Schedule II Controlled Substance

LOCATION OF OFFENSE
(County and State): Denver County, Colorado

PENALTY:   Counts 1, 2, 4, 5, 7, 8, 9, 10, 12, 13, 15, 17, 18, 19, 20, 22, 24, 26, 28, 29 and 34: A term of imprisonment not to exceed twenty (20) years and if death or serious bodily injury results from use of such controlled substance, then a term of imprisonment of not less than twenty years or more than life; a fine not to exceed $1,000,000.00 dollars, or both, a period of supervised release of not less than three years, and a $100.00 Special Assessment Fee, per count.

Counts 3, 6, 11, 14, 16, 21, 23: Sentence enhancement increasing penalty to the greater of not less than three years and not more than life, or three times the maximum punishment available for the applicable crime of distribution of a controlled substance

Count 32: Not more than one year imprisonment, not more than a $1,000.00 fine,

or both, and a $100.00 Special Assessment Fee

AGENT: Special Agent Tyler Brown
Drug Enforcement Administration

AUTHORIZED BY: M.J. Menendez
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

____ five days or less

_X_ over five days

____ other

THE GOVERNMENT will seek detention in this case.

OCDETF case:  _X_ Yes     ____ No