IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date:  June 16, 2011                              Courtroom Deputy: Bernique Abiakam
Criminal Case No.: 11-cr-00188-JLK-1-2-3-7-9      Court Reporter: Kara Spitler

UNITED STATES OF AMERICA,                         M.J. Menendez

    Plaintiff,

v.

| | | |
|---|---|---|
| 1. | LESLIE RENEE HEE, | Wilbur C. Smith |
| 2. | ELEANOR ALEXANDRA WILFLEY, | Paula M. Ray |
| 3. | ANNA CAMILLE WNTER, | Miller M. Leonard |
| 7. | DANIEL R. LAURENCE, | David J. Thomas |
| 9. | JOSLYN TORRES, | Jennifer L. Gedde |

    Defendants.

## **AMENDED** COURTROOM MINUTES

**Motions** Hearing

**10:04 a.m.     Court in session.**

Court calls case.  Appearances of counsel.  Defendants Leslie Renee Hee and Joslyn Torres are present in custody.  Defendants Eleanor Alexandra Wilfley, Anna Camille Wenter, and Daniel R. Laurence are present on bond.

Preliminary remarks by the Court.

Discussion regarding pending motions.

Statement by Ms. Menendez.

Statement by Mr. Smith.

Statement by Ms. Ray.

Statement by Mr. Thomas.

Statement by Mr. Leonard.

Statement by Ms. Geddes.

10:10 a.m.     Comments and rulings by the Court.

11-cr-00188-JLK
Motions Hearing
June 16, 2011

**ORDERED:** **Motion To Continue Trial Setting (Filed 6/4/11; Doc. No. 72) is GRANTED.**

**ORDERED:** **Unopposed Motion To Continue Trial And Related Settings (Filed 6/4/11; Doc. No. 73) is GRANTED.**

**ORDERED:** **Having made ends of justice findings, the Unopposed Motion To Exclude Additional Time And For Ends Of Justice Continuance Under The Speedy Trial Act And Extension Of Time To File Motions (Filed 6/6/11; Doc. No. 74) is GRANTED. An additional 120 days shall be excluded from the speedy trial calculation.**

**ORDERED:** **Having made ends of justice findings, the Unopposed Motion For Ends Of Justice Continuance Pursuant To The Sppedy Trial Act And Extension Of Time To File Motions (Filed 6/7/11; Doc. 75) is GRANTED. An additional 120 days shall be excluded from the speedy trial calculation.**

**ORDERED:** **Having made ends of justice findings, the Unopposed Motion To Declare Case Complex, For Ends Of Justice Continuance Pursuant To The Speedy Trial Act, And For Extension Of Time To File Motions (Filed 6/7/11; Doc. No. 76) is GRANTED. An additional 120 days shall be excluded from the speedy trial calculation.**

**ORDERED:** **All pretrial motions are due on October 5, 2011. The responses are due on October 20, 2011.**

**ORDERED:** **A Motions Hearing and Final Pretrial Conference is set on October 28, 2011 at 10:00 a.m.**

**ORDERED:** **The 8-day jury trial presently set for July 11, 2011, is VACATED and RESET to begin on November 7, 2011 at 9:00 a.m.**

**ORDERED:** **Defendants Leslie Renee Hee and Joslyn Torres are REMANDED to the custody of the U.S. Marshal.**

**ORDERED:** **Bond is CONTINUED for Defendants Eleanor Alaxandra Wilfley, Anna Camille Wenter, and Daniel R. Laurence.**

**10:14 a.m.    Court in recess.**
Hearing concluded.
Total in-court time: 00:10

2